IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HOUSE OF BREAD DELIVERANCE CHURCH                    PLAINTIFF

VS.                    CASE NO. 5:10-cv-00077-BSM

CITY OF PINE BLUFF, ARKANSAS                    DEFENDANT

## AGREED ORDER OF DISMISSAL

This case comes before the Court on the agreement that the parties have settled pursuant to a General Release of all Claims and Settlement Agreement entered into on July 16, 2010, the parties have performed according to the Settlement Agreement, and House of Bread Deliverance Church has agreed to dismiss the Complaint.

**IT IS HEREBY ORDERED** that PLAINTIFF'S VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF, DECLARATORY JUDGMENT, AND DAMAGES is dismissed with prejudice. The Agreed Order entered in this case on March 26, 2010 is now moot.

**SO ORDERED** THIS_23rd_ DAY OF August, 2010.

_____
BRIAN S. MILLER,
UNITED STATES DISTRICT JUDGE

Respectfully submitted this 16th day of August, 2010.

| | |
|---|---|
| s/ John W. Mauck | s/ Brian A. Vandiver |
| JOHN W. MAUCK | BRIAN A. VANDIVER |
| IL BAR NO. 1797328 | AR BAR NO. 2001078 |
| J. LEE MCCOY, JR. | MITCHELL, WILLIAMS, SELIG, GATES |
| IL BAR NO. 6291795 | & WOODYARD, P.L.L.C. |
| MS BAR NO. 100343 | 425 WEST CAPITOL AVENUE |
| MAUCK & BAKER, LLC | SUITE 1800 |
| ONE NORTH LASALLE STREET | LITTLE ROCK, AR  72201 |
| SUITE 600 | TELEPHONE:   (501) 688-8893 |
| CHICAGO, IL  60602 | FACSIMILE:    (501) 918-7893 |
| TELEPHONE:   (312) 726-1243 | bvandiver@mwlaw.com |
| FACSIMILE:    (312) 726-1039 | ATTORNEYS FOR PLAINTIFF |
| jmauck@mauckbaker.com | |
| jmccoy@mauckbaker.com | |
| ATTORNEYS FOR PLAINTIFF | |

/s/Michael Mosley
MICHAEL MOSLEY
AR Bar No. 2002099
Post Office Box 38
North Little Rock, AR 72115
TELEPHONE: (501) 978-6131
FACSIMILE: (501) 978-6561
mmosley@arml.org
Attorney for Defendants